IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOSHUA WRIGHT,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 5:14-CV-366 (MTT) |
| **GEORGIA DEPARTMENT OF HUMAN SERVICES,** *et. al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Plaintiff's "Petition for Removal of Action." (Doc. 1). Clearly a plaintiff is not entitled to remove an action to federal court. *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100 (1941). Accordingly, the "petition" (Doc. 1) is **DENIED**. Therefore, the Plaintiff's motion for leave to proceed *in forma pauperis*, motion to compel, and motion in limine are moot. (Docs. 2, 5, 6). The Defendants' motions to dismiss are moot. (Docs. 7, 9). The clerk shall mail a copy of this Order to the Clerk of Court for the Superior Court of Butts County.

**SO ORDERED**, this 24th day of November, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT